Pharis at the time he visited the plaintiff's premises with a view of taking the insurance in question. The grounds of this objection were that the policy provided that the person obtaining the insurance should be deemed the agent of the insured, and not of the company. We think the referee ruled correctly in allowing the question put to be answered. The answer of the witness went beyond the question, and had the defendant's counsel moved to strike out that portion of the answer which was not responsive to the question, we think the motion should have been granted; but this was not done. The answer was allowed to stand without objection, and it cannot be said, therefore, that the referee erred in any ruling made by him upon this subject."

*J. P. Munro* for appellant.

*George Doheny* for respondent.

TRACY, J., reads for affirmance.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

---

IVORY H. HAWKINS, Appellant, *v.* ANDREW M. JOHNSTON, Respondent.

(Submitted December 11, 1882; decided December 28, 1882.)

*Frank H. Perkins* for appellant.

*A. G. Rice* for respondent.

Agree to affirm. No opinion.
All concur, except TRACY, J., absent.
Order affirmed.